For good and valuable consideration, the undersigned agree to be bound by all the terms and conditions of the collective bargaining agreement between the Allied Construction Employers Association, Inc., of Milwaukee, the Fox Valley Erectors Association and the Bridge, Structural, Ornamental & Reinforcing Iron Workers Local Union No. 8, AFL-CIO, entered into on JUNE 1ST, 2003, a copy of which is attached hereto, to be the same extent as though said agreement was entered into directly between the parties whose signatures appear hereon.

Dated this _20_ day of _January 2006_.

| EMPLOYER: | UNION: BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRON WORKERS LOCAL UNION NO. 8, AFL-CIO |
|---|---|
| _Precision Structures Inc._ <br> Company Name | By _Charlie Falkner_ <br> Name |
| _607 Elly's Way_ | _Charlie Falkner_ <br> Print or Type Name |
| _Slinger, WI 53086_ <br> Address | _Vice President / Organizer_ <br> Title |
| _[signature] - Pres._ <br> Authorized Signature & Title | |
| _Jack A. Weinberger_ <br> Print or Type Signature | |
| _262-644-1618_ <br> Phone Number | |
| _262 644 1867_ <br> Fax Number | |
| Wisconsin U.C.# | |
| Wisconsin W.C.# | |

d/opeiu #9 afl-cio

EXHIBIT A